UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF:                        MOTION TO DISMISS PETITION
   JEANNE E DAY           .                CHAPTER 13
       Debtor(s)                         PURSUANT TO SECTION 1307
                                                     Case No. 14-20155-PRW

George M. Reiber, Trustee in the above entitled case, moves the Court as follows:

To dismiss the debtor's petition in the above entitled case for:

     \_\_\_\_\_failure to file a Statement of Pre-Confirmation Adequate Protection within 14 days of the filing of the petition as required by the Standing Order of this Court dated October 12, 2005;
     _____ failure to file the required credit counseling certificate within 14 days of the filing of the petition as required by §109;
  __X\_\_\_ failure to file schedules, statements and other required documents within 14 days of the filing of the petition, as required by Bankruptcy Rule 1007;
  __X\_\_\_ failure to file a plan as required by Bankruptcy Rule 3015, which states that a "plan shall be filed within 14 days thereafter and such time shall not be further extended except for cause shown and on notice as the court may direct…" ;
     \_\_\_\_\_ failure to file Payment Advices or other evidence of payment received within 45 days of filing the petition as required by §521(i).

Upon information and belief, this petition has not been previously converted to or from another Chapter.

                                                 /S/
                                                 George M. Reiber
                                                 Chapter 13 Trustee
                                                 3136 S. Winton Road
                                                 Rochester, NY 14623

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that the undersigned will bring the above motion on for hearing before the Honorable Paul R. Warren, U.S. Bankruptcy Judge, 100 State Street, Rochester, New York on the **20th day of March, 2014** at **10:00am** in the forenoon of that day or as soon thereafter as counsel can be heard.

                                                 /S/
                                                 CHAPTER 13 TRUSTEE

Dated:  March 4, 2014
        Rochester, New York

TO:    Debtor
        Debtor's Attorney
        U.S. Trustee

UNITED STATES BANKRUPTCY COURT
**WESTERN DISTRICT OF NEW YORK**

IN RE :                                          Chapter 13

Jeanne E Day,                                    Case No. 14-20155-PRW

                **Debtor(s)**

### CERTIFICATE OF SERVICE

Certificate of Service by Mail *hah*/s/ ____Clerk. Copies of the Motion to Dismiss were personally mailed by me on 03/04/14, to:

**Jeanne E. Day**
87 Tuliptree Lane
Rochester, NY 14617

**George F. Newton, Esq.**
Muehe and Newton, LLP
48 N. Main St.
Canandaigua, NY 14424

U.S. Trustee's Office
100 State St  Room 6090
Rochester, NY 14614